UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-18

NEIL ZLOZOWER,

                             Plaintiff,

- against -

RUKKUS, INC.

                             Defendant.

Docket No. 17-cv-9510 (RWS)

## [PROPOSED] ORDER AND DEFAULT JUDGMENT

ROBERT W. SWEET, United States District Judge:

    This matter came before the Court on plaintiff Neil Zlozower ("Plaintiff")'s motion for entry of a default judgment against defendant Rukkus, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

    1.    Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on December 12, 2017. An affidavit of service was filed with the Court on January 10, 2018.

    2.    On February 9, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

    3.    Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.  Plaintiff filed his motion for entry of default judgment on February 28, 2018. Plaintiff seeks: (1) $30,000 in statutory damages under the Copyright Act, 17 U.S.C. § 501(c); (2) $4500.00 in attorneys' fees pursuant to 17 U.S.C. § 505; and (3) $500 in costs; including interest.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages; it is

**FURTHER ORDERED** that Defendant shall pay $4500.00 in attorneys' fees and $500.00 in costs, including interest; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: March 28, 2018

SO ORDERED.

_____
Robert W. Sweet (U.S.D.J.)